# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**CLERK'S CERTIFICATE OF ACTION TAKEN ON
PLAINTIFF(S) REQUEST FOR ENTRY OF DEFAULT**

Christopher Campanella

vs.                                          CASE NUMBER: **10-CV-684**

Aurora Loan Servicing

I, LAWRENCE K BAERMAN, CLERK, by Tara Burtt, Deputy Clerk, certify that I have reviewed the Court's docket and have determined that proof of proper service for the party against whom judgment is being sought has been filed and that this party has not appeared in the action. Accordingly, entry of default is hereby noted and entered on this 20th day of July, 2010 against Aurora Loan Servicing.

Dated:   July 20, 2010

*(signature)*
Clerk of Court

By: s/ Tara Burtt

Deputy Clerk