```
U.S Department of Justice
United States Marshals Service
Northern District of New York
PO Box 7260
Syracuse, NY 13261
```

 Matter-10789 

## SERVICE BY MAIL AND ACKNOWLEDGMENT
## OF RECEIPT BY MAIL OF SUMMONS AND COMPLAINT

**A. STATEMENT OF SERVICE BY MAIL**

United States District Court
for the
Northern District of New York

To:
Aurora Loan Servicing
2617 College Park
Scottsbluff, NE 69361

Case No.: 1:10-cv-684

Campanella
v.
Aurora Loan Servicing

The enclosed summons and complaint are served pursuant to Fed. R. Civ. P. 4(e)(1) and section 312-a of the New York Civil Practice Law and Rules.

To avoid being charged with the expense of service upon you, you must sign, date and complete the acknowledgment part of this form and mail or deliver one copy of the completed form to the sender within thirty (30) days from the date you receive it. You should keep a copy for your records or for your attorney. If you wish to consult an attorney, you should do so as soon as possible.

If you do not complete and return the form to the sender within thirty (30) days, you (or the party on whose behalf you are being served) will be required to pay expenses incurred in serving the summons and complaint in any other manner permitted by law, and the cost of such service as permitted by law will be entered as a judgment against you.

The return of this statement and acknowledgment does not relieve you of the necessity to answer the complaint. The time to answer expires thirty (30) days after the day you mail or deliver this form to the sender.

If you are served on behalf of a corporation, unincorporated association, partnership or other entity, you must indicate under your signature your relationship to the entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint by Mail was mailed on _____.

Signature (USMS Official)

**B. ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

I received the summons and complaint in the above-referenced matter.

CHECK ONE OF THE FOLLOWING:   (IF 2 IS CHECKED, COMPLETE AS INDICATED)

1. _X_  I am not in military service of the United States.
2. ___  I am in military service of the United States, and my rank, serial number and branch of service are as follows:
   Rank:_____
   Serial Number:_____
   Branch of Service:_____

TO BE COMPLETED REGARDLESS OF MILITARY STATUS:

I affirm the above as true under penalty of perjury.

Signature: Michelle C. Stachura
Print Name: Michelle C. Stachura
Date of Signature: 7-21-2010
Name of Defendant for which acting: Aurora Loan Services, LLC s/h/a Aurora Loan Servicing
Relationship to defendant/Authority to Receive: Attorney

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUL 26 2010
LAWRENCE K. BAERMAN, CLERK
ALBANY



Mailing Address
P.O. Box 1291
Buffalo, NY 14240-1291

Overnight Mail
220 Northpointe Parkway
Suite G
Amherst, NY 14228

STEVEN J. BAUM, P.C.
ATTORNEYS AT LAW

Phone Number
716-204-3400

Fax Number
716-204-4600

Web Site
WWW.MBAUM.COM

July 21, 2010

Lawrence K. Baerman, Clerk
James T. Foley – U.S. Courthouse
445 Broadway, Room 509
Albany, New York 12207-2924

    RE:    Christopher Campanella v. Aurora Loan Servicing
           Case Number 1:10-cv-00684
           Case Number 1:10-cv-00685

Dear Mr. Baerman:

    Enclosed herewith please find an executed acknowledgment of service of the Summons and Complaint for the above referenced cases. Also enclosed herewith is a certificate of service.

    Diligent attempts were made to file the enclosed acknowledgments electronically, but said attempts were not successful. Therefore, due to the time constraint imposed in returning the acknowledgments timely, the Defendant is sending the enclosed documents via first class US Mail.

    Should you have any questions regarding this matter, please contact me directly at (716) 650-2285. Thank you for your time and consideration.

               Very truly yours,

               STEVEN J. BAUM, P.C.

               By:   Michelle C. Stachura, Esq.

cc:    Hon. Lawrence E. Kahn
        Christopher Campanella, *Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that the on the 21st day of July 2010, I mailed the foregoing document, Acknowledgment of Receipt by Mail of Summons and Complaint, to the Clerk of the District Court and to the District Judge by mailing to:

Lawrence K. Baerman, Clerk
James T. Foley – U.S. Courthouse
445 Broadway, Room 509
Albany, New York 12207-2924

Hon. Lawrence E. Kahn
James T. Foley – U.S. Courthouse
445 Broadway, Room 509
Albany, New York 12207-2924

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUL 2 6 2010
LAWRENCE K. BAERMAN, CLERK
ALBANY

I also hereby certify that on the 21st day of July 2010, I mailed the foregoing document, Acknowledgment of Receipt by Mail of Summons and Complaint, to the following non-CM/ECF participant:

Christopher Campanella, *Pro Se*
309 Phillips Road
Valley Falls, New York 12185

Michelle C. Stachura, Esq.
Steven J. Baum, PC
Attorney for Defendant
220 Northpointe Pkwy., Suite G
Amherst, NY 14228
(716) 204-2400

Sworn to before me this 21
of July, 2010.

Notary Public

MICHELLE D. MACCAGNANO
Notary Public, State of New York
No. 02MA6190408
Qualified in Erie County
My Commission Expires July 28, 2012