Christopher Campanella
309 Phillips Road
Valley Falls NY 12185

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

AUG 31 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISCTRIC OF NEW YORK

**Christopher Campanella**

Plaintiff,

vs.

**AURORA LOAN SERVICING**

Defendant

Case # 10-CV-0684-LEK-DRH

**MOTION TO STRIKE DEFENDANTS ANSWER AS UNTIMELY**

Date: 8/31/10

## PLAINTIFF'S MOTION TO STRIKE

1. Plaintiff is: Christopher Campanella, 309 Phillips Road Valley Falls NY 12185, and defendant is: AURORA LOAN SERVICING.

2. On June 11th, plaintiff filed with the court an ORIGINAL COMPLAINT. On June 21, 2010 defendant was served with a summons and a copy of plaintiff's complaint by and through the United States Marshal Service. Defendant did not file a responsive pleading or otherwise defend the suit.

3. On July 20th, Plaintiff filed a Motion For No Answer Default

4. On July 20th, Clerk of the court signed the default and entered it into the court record.

5. On July 26th, Defendant entered an Acknowledgement of Service. Then followed the Acknowledgement up with a motion to dismiss on August 12, 2010.

6. Defendants answer is untimely, and must be stricken from the record. There are remedies within the FRCP upon which they can petition to overturn the Order of Default for non response.

22                                                    PRAYER

23       7.    Plaintiff Requests the Following:

24              a. Defendants entire Answer be stricken from the record.

25              b. Court will direct the Defendant to properly motion/petition the court to lawfully
26         overcome the entry of No answer Default.

27       8.    IN THE INFERENCE

28         a. Plaintiff requests rezoning as to why the Clerk offered Defendant an extension of
29            time when no extension seemed to be asked for. Secondly, it is believed that the
30            Clerk may have acted outside of their authority to grant such an extension.
31            Plaintiff, not being learned in law may not understand the intricacies to the
32            Federal Court System, and offers that this may be an oversight, and easily
33            rectifiable. If Plaintiff is misunderstanding the docket entry information, it is
34            requested that an explanation be granted so as to not cause any further delay from
35            either party.

36         b. Should this Motion to strike be denied, Plaintiff is including with this motion, a
37            Response to the Rule 12 Dismissal offered by Defendant.

38

39    **Respectfully Submitted,**
40
41    *[signature]*
42    **Christopher Campanella**